# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ALEXI GARCIA AVILA, | Case No. 1:26-cv-00631-JLT-EPG-HC |
| Petitioners, | ORDER DENYING PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND MOTION FOR APPOINTMENT OF COUNSEL AS MOOT |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | (ECF Nos. 23, 24) |
| Respondents. | |

Petitioner is a federal immigration detainee who proceeded *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 30, 2026, the Court granted the petition, directed Respondents to provide Petitioner with a substantive bond hearing, and closed the case. (ECF No. 17.) That same day, judgment was entered. (ECF No. 18.) Petitioner received a bond hearing on April 9, 2026, but was denied bond because the immigration judge ("IJ") found that the Department of Homeland Security established by clear and convincing evidence that Petitioner is a danger and flight risk. (ECF Nos. 19, 19-1.)

On May 4, 2026, Petitioner filed a motion for temporary restraining order. (ECF No. 20.) On May 5, 2026, the Court denied the motion, noting that the Court already addressed the merits of Petitioner's due process claim and granted Petitioner's request for a bond hearing and to "the extent Petitioner is attempting to challenge the outcome of" the bond hearing, "he offers no basis upon which the Court could do so. In granting the writ of habeas corpus, the Court ordered a

1

process, not an outcome. Complaints about the conclusion the IJ reached must be presented through the normal immigration appeal process." (ECF No. 21.)

On May 15, 2026, the Court received the instant motion to proceed *in forma pauperis* and motion for appointment of counsel. (ECF Nos. 23, 24.) As noted above, judgment has been entered and this **case is closed**. Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to proceed *in forma pauperis* (ECF No. 23) and motion for appointment of counsel (ECF No. 24) are DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **May 19, 2026**                    /s/ Erica P. Grosj

UNITED STATES MAGISTRATE JUDGE

2